ELECTRONICALLY FILED - 2024 May 01 9:36 AM - BERKELEY - COMMON PLEAS - CASE#2024CP0801239

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF BERKELEY ) | NINTH JUDICIAL CIRCUIT |
| Jonathan Villeda Guevara, ) | C/A No. 2024-CP-08-_________ |
| Plaintiff, ) | |
| vs. ) | **SUMMONS** **(Jury Trial Demanded)** |
| Michael Breit and Werner Enterprises, Inc., ) | |
| Defendants | |

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, of which a copy is hereby served upon you, and to serve a copy of your Answer to the said Complaint to said Plaintiff's attorney, Bradley L. Lanford, at his office located at 3710 Landmark Drive, Suite 200, Columbia, South Carolina 29204, within thirty (30) days after the service hereof; exclusive of the day of such service; and if you fail to do so, judgment by default will be rendered against you for the relief demanded in the Complaint.

LEVI LAW GROUP

*s/Bradley L. Lanford*

Bradley L. Lanford | brad@levilawgroup.com
S.C. Bar No.: 70223
3710 Landmark Drive, Suite 200
Columbia, South Carolina 29204
Telephone: (803) 726-9000
Facsimile: (803) 602-0526
Attorney for the Plaintiff

May 1, 2024
Columbia, South Carolina

ELECTRONICALLY FILED - 2024 May 01 9:36 AM - BERKELEY - COMMON PLEAS - CASE#2024CP0801239

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF BERKELEY | ) | NINTH JUDICIAL CIRCUIT |
| Jonathan Villeda Guevara, | ) | C/A No. 2024-CP-08-_________ |
| Plaintiff, | ) | |
| vs. | ) | **COMPLAINT** **(Jury Trial Demanded)** |
| Michael Breit and Werner Enterprises, Inc., | ) | |
| Defendants. | ) | |

The Plaintiff Jonathan Villeda Guevara (hereinafter styled "Mr. Guevara"), brings this Complaint against Michael Breit (hereinafter styled "Defendant Breit") and Werner Enterprises, Inc. (hereinafter styled "Defendant Werner") and (hereinafter, collectively, "Defendants") based upon the allegations set forth below:

**PARTIES, JURISDICTION, & VENUE**

1. Mr. Guevara is a citizen and resident of Charleston County, South Carolina.

2. Werner Enterprises, Inc. is a Nebraska corporation who conducts substantial business in the State of South Carolina including interstate and intrastate transport of goods and with its principal place of business in Omaha, Nebraska.

3. Upon information and belief, Defendant Breit is a resident of Duval County, Florida.

4. At all times relevant to this action, Defendant Breit was an agent, servant, and/or employee of Werner Enterprises, Inc. and was acting within the course and scope of his employment with Werner Enterprises, Inc.

5. At all times relevant to this action, Defendant Werner is liable for the acts and/or omissions of its agents, servants, and/or employees within the scope of their

ELECTRONICALLY FILED - 2024 May 01 9:36 AM - BERKELEY - COMMON PLEAS - CASE#2024CP0801239

agency and/or employment with Werner Enterprises, Inc., under the doctrine of respondeat superior.

6. Defendant Breit and Defendant Werner are jointly and severally liable for the acts and/or omissions committed and alleged in this Complaint.

7. The collision giving rise to these causes of action occurred on or about March 1, 2024, on US 17 in Berkeley County, South Carolina.

8. The Court has subject-matter jurisdiction over the claims in this lawsuit and personal jurisdiction over Defendants.

9. Venue is proper in this Court because the collision giving rise to these causes of action occurred in Berkeley County.

**FACTS**

10. On or about March 1, 2024, Mr. Guevara was traveling North on US 17 when he was struck in the rear by Defendant Breit who was operating a vehicle owned by Werner Enterprises, Inc.

11. Defendant Breit was acting within the course and scope of his employment with Werner Enterprises, Inc. at the time of the collision.

12. By reason and in consequence of Defendants' aforesaid acts and/or omissions, Mr. Guevara sustained damages, including but not limited to:

a. substantial expenses for medical services;

b. future medical expenses;

c. lost wages;

d. lost enjoyment of life;

e. physical pain;

f. mental anguish;

ELECTRONICALLY FILED - 2024 May 01 9:36 AM - BERKELEY - COMMON PLEAS - CASE#2024CP0801239

g. embarrassment;

h. permanent physical impairment; and

i. such other particulars as may be found through discovery or trial.

**FOR A FIRST CAUSE OF ACTION**
**(Negligence/Gross Negligence/Recklessness)**

13. Mr. Guevara incorporates all allegations of the preceding paragraphs into this cause of action.

14. Mr. Guevara is informed and believes Defendant Breit owed Mr. Guevara a duty of care and breached that duty and was negligent, careless, reckless, and/or grossly negligent in at least one of the following ways:

a. choosing not to keep his vehicle under proper control;

b. choosing not to keep a proper lookout;

c. choosing to aggressively operate his vehicle;

d. driving too fast for conditions;

e. choosing to violate multiple South Carolina traffic statutes and federal regulations including 49 CFR 392.14;

f. choosing not to use the degree of care and caution that a reasonably prudent person would use under the circumstances.

15. Mr. Guevara is informed and believes Werner Enterprises, Inc. owed Mr. Guevara a duty of care and breached that duty and was negligent, careless, reckless, and/or grossly negligent in at least one of the following ways:

a. choosing not to adequately train personnel;

b. choosing not to adequately manage personnel;

c. choosing not to adequately monitor and supervise personnel;

ELECTRONICALLY FILED - 2024 May 01 9:36 AM - BERKELEY - COMMON PLEAS - CASE#2024CP0801239

d. choosing to hire and retain unqualified, unsafe personnel;

e. choosing not to develop adequate policies and procedures;

f. choosing not to follow applicable state and federal regulations; and

g. in such other particulars, as may be found through discovery or trial.

16. By reason and in consequence of Defendants' aforesaid acts and/or omissions, Mr. Guevara sustained serious harms, losses, and damages, outlined in this Complaint, and incorporated into this cause of action.

17. Mr. Guevara is entitled to a judgment against Defendant Breit and Defendant Werner, jointly and severally, for the above-mentioned actual damages, harms, and losses to Mr. Guevara, and for punitive damages, in an amount to be determined by the jury.

WHEREFORE, Mr. Guevara prays as follows: that he recovers (a) a judgment against Defendants in an amount sufficient to compensate him for his harms, losses, injuries and damages as described above; (b) a judgment for an amount of punitive damages as authorized by law; (c) all costs associated with this action; and (d) such other relief as this Court may deem just and proper.

LEVI LAW GROUP

*s/Bradley L. Lanford*
Bradley L. Lanford | brad@levilawgroup.com
S.C. Bar No.: 70223
3710 Landmark Drive, Suite 200
Columbia, South Carolina 29204
Telephone: (803) 726-9000
Facsimile: (803) 602-0526
Attorney for the Plaintiff

May 1, 2024

Columbia, South Carolina